UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                             S1 17-cr-357 (LAK) (LAK)

DAVID BLASZCZAK, et al.,

        Defendants.
------------------------------------------------x

                                **ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2017

LEWIS A. KAPLAN, *District Judge.*

        Defendant David Blaszczak moves (1) for discovery and other relief to address alleged violations of grand jury secrecy, (2) to dismiss Counts 17 and 18 or, in the alternative, for a bill of particulars and sever those counts pursuant to Rule 8(b), and (3) to strike paragraph 39 of the indictment.

        Insofar as the motion [DI 73] seeks dismissal of Counts 17 and 18 and to strike paragraph 39 of the indictment, it is denied. Insofar as it seeks a bill of particulars, the motion is disposed of as set forth on the record in open court on December 20, 2017. Insofar as it seeks discovery and other relief with respect to alleged violations of grand jury secrecy, the motion remains under consideration. A written memorandum or opinion may follow with respect to points (1) and (2).

        SO ORDERED.

Dated:      December 22, 2017

                                                    _____
                                                        Lewis A. Kaplan
                                                  United States District Judge