UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                  :
          - v -                   :      **NOTICE OF MOTION**
                                  :      **17 Cr. 357 (LAK)**
**DAVID BLASZCZAK, ET AL.,**      :
          Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE** that upon the attached Exhibits and Memorandum of Law, the undersigned moves this Court for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, granting an evidentiary hearing to determine whether an agent involved in the investigation of Mr. Blaszczak leaked information from the grand jury to the press in order to advance the investigation in this case in violation of Rule 6(e) and, if so, the scope of the misconduct and the prejudice it caused, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       January 23, 2018

                                                Respectfully submitted,
                                                Federal Defenders of New York

                By:   /s/
                        David E. Patton
                        Sabrina P. Shroff
                        Danielle E. Thorne
                        Attorney for Defendant
                              **David Blaszczak**
                        52 Duane Street - 10th Floor
                        New York, NY 10007
                        Tel.: (212) 417-8738


TO:      GEOFFREY S. BERMAN, ESQ.
           United States Attorney
           Southern District of New York

                One St. Andrew's Plaza
                New York, NY 10007
**Attn:**    **AUSA Brooke E. Cucinella, Esq.**
                **AUSA Ian P. McGinley, Esq.**
                **AUSA Joshua A. Naftalis, Esq.**