



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3-19-18 |

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2018

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007



RECEIVED
MAR 13 2018
JUDGE KAPLAN'S CHAMBERS

Re:    United States v. David Blaszczak et al.
       S1 17 Cr. 357 (LAK)

Dear Judge Kaplan:

In advance of today's 3:00 p.m. teleconference, the Government writes regarding the trial date in this matter. The Government's preference continues to be beginning trial as soon as practicable. Accordingly, given the options that the Court has now presented, the Government is prepared to try the case before Your Honor beginning on April 2, 2018 (with jury selection the prior week), or to try the case before a different District Court Judge beginning in late April/early May 2018.

Respectfully submitted,

ROBERT KHUZAMI
Acting United States Attorney

By: /s/ _____
    Ian McGinley
    Joshua A. Naftalis
    Brooke E. Cucinella
    Assistant United States Attorneys
    (212) 637-2257 / 2310 / 2477

cc:    Counsel of Record