UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA : | **TRANSPORTATION ORDER** |
| | **17 Cr. 357 (LAK)** |
| - v - : | |
| DAVID BLASZCZAK : | |
| Defendant. : | |

------------------------------------x

Upon the application of **David Blaszczak**, by his attorney, **Sabrina Shroff, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish David Blaszczak with funds to cover the cost of airfare between Charleston, South Carolina and New York, New York for his upcoming Court appearance on Monday, March 26, 2018, arriving in New York on Monday, March 26th no later than 8AM and returning to Charleston the following day, March 27th.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

ORDERED That The Clerk shall terminate Dt 144.

Dated: New York, New York
March 17, 2018

**SO ORDERED:**

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/18