UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
)
v. )
)
DAVID BLASZCZAK, )
)
THEODORE HUBER, )     No. 17 Cr. 357 (LAK)
)
ROBERT OLAN, and )
)
CHRISTOPHER WORRALL, )
)
Defendants. )

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-3-18

**NOTICE OF DEFENDANTS ROBERT OLAN AND TED HUBER'S
MOTION TO COMPEL THE PRODUCTION OF ALL *BRADY* AND *GIGLIO* MATERIAL
RELATING TO: (1) COMMUNICATIONS BETWEEN FBI AGENT CALLAHAN AND
JORDAN FOGEL; AND (2) COMMUNICATIONS BETWEEN THE UNITED STATES
ATTORNEYS' OFFICE AND MR. FOGEL OR HIS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and declaration of Eugene Ingoglia dated April 1, 2018, defendant Robert Olan, by and through his counsel, and defendant Theodore Huber, by and through his counsel, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court for an order compelling the government to disclose all *Brady* and *Giglio* material relating to the July 27, 2016 communications between Special Agent Callahan and Jordan Fogel, and statements made by the United States Attorney's Office to Mr. Fogel or his counsel from July 27, 2016 to May 17, 2017.

*Denied as moot in light of proceedings in open court today.*

SO ORDERED

LEWIS A. KAPLAN, USDJ

4/v/18