# Kramer Levin

Barry H. Berke  
Partner  
**T** 212.715.7560  
**F** 212.715.7660  
bberke@kramerlevin.com

1177 Avenue of the Americas  
New York, NY 10036  
**T** 212.715.9100  
**F** 212.715.8000

April 4, 2018

**BY ECF**

Hon. Lewis A. Kaplan  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

     Re:    United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

On behalf of all defendants, we write to respectfully submit a proposed limiting instruction with regard to evidence relating to the "RUC" – the RVS Update Committee of the American Medical Association. The proposed limiting instruction is attached as Exhibit A to this letter.

                         Respectfully submitted,

                         /s/  
                        Barry H. Berke  
                        Dani R. James  
                        Kramer Levin Naftalis & Frankel LLP  
                        *Attorneys for Theodore Huber*

CC: All counsel of record (by ECF)