UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       -against-                                                 S1 17-cr-0357 (LAK)

DAVID BLASZCZAK, et al.,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        In view of the defendants' unexpected decision to rest their case in chief tomorrow, the parties should be prepared to address as soon as tomorrow afternoon the questions whether a conscious avoidance charge should be given in this case, the factual predicate underlying the government's request for such a charge, and the nature of any such charge. It would be especially helpful to have a brief written statement of the factual basis or bases on which the government rests its request together with transcript and exhibit references as promptly as possible.

        SO ORDERED.

Dated:       April 22, 2018

                                                        /s/    Lewis A. Kaplan
                                                       _____
                                                              Lewis A. Kaplan
                                                         United States District Judge