**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 14, 2018

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St., Courtroom 21B
New York, New York 10007

**Re:    United States v. David Blaszczak**, 17 Cr. 00357 (LAK)

Your Honor:

  We write on behalf of David Blaszczak to request an adjournment of the September 13, 2018 sentencing date. Jessica Blaszczak, Mr. Blaszczak's wife, has Stargardt Disease. We need additional time to acquire her medical records. Her medical condition and prognosis are factors that we believe the Court should consider in determining the appropriate punishment for Mr. Blaszczak. Mrs. Blaszczak was just seen this month at ███████████████████████████ and we need additional time to get and present her prognosis to the Court.

  Mr. Huber and Mr. Olan also request additional time to prepare for sentencing and join in this request. Mr. Worrall does not seek similar relief. The government opposes this first request for an adjournment.

  We thank the Court for its consideration of this request.

               Respectfully submitted,
               /s/
               David E. Patton
               Counsel for David Blaszczak
               (212) 417-8738

CC:    All counsel