

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA : **TRANSPORTATION ORDER**

- v - : 17 Cr. 357 (LAK)

DAVID BLASZCZAK, :

          Defendant. :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-18

Upon the application of **David Blaszczak**, by his attorneys, **David Patton, Esq., Sabrina Shroff, Esq., and Clay Kaminsky, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish David Blaszczak with funds to cover the cost of airfare between Charleston, South Carolina and from New York, New York for his upcoming court appearance on Thursday, September 13, 2018 at 9:30 a.m.;

**ORDERED** that Mr. Blaszczak's flight depart from Charleston after 6:30 p.m. on Wednesday, September 12, 2018, and that his return flight depart New York for Charleston on the afternoon or evening of Thursday, September 13, 2018; and

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
       September 6, 2018

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge