

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 10, 2018

<u>BY E-MAIL</u>

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York  10007

        Re:    <u>United States</u> v. <u>David Blaszczak et al.</u>
              17 Cr. 357 (LAK)

Dear Judge Kaplan:

        The Government writes in response to defendant David Blaszczak's October 9, 2018 request to modify the terms of his bail to permit him to travel to Richmond, Virginia between October 11 and 14, 2018.  The Government has no objection to the defendant's request.

                    Respectfully submitted,

                    ROBERT KHUZAMI
                    Attorney for the United States
                    Acting Under Authority Conferred
                    by 28 U.S.C. § 515

        By: <u>*/s/*                        </u>
            Ian McGinley
            Joshua A. Naftalis
            Assistant United States Attorneys
            (212) 637-2257/2310

cc:    David E. Patton, Esq.
        Sabrina P. Shroff, Esq.
        Clay H. Kaminsky, Esq.
        Paige Mathias, U.S. Probation Officer