**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

August 24, 2020

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, New York 10007

**Re:    United States v. David Blaszczak,
            17 Cr. 357 (LAK)**

Dear Judge Kaplan:

      We write on behalf of David Blaszczak to request permission for him go on a family trip to the Western District of North Carolina. Specifically, Mr. Blaszczak proposes to leave his home in South Carolina on August 29 and to return on September 2. Neither the government nor Pretrial Services in South Carolina has any objection to this application.

Respectfully submitted,

/s/
David E. Patton
Clay H. Kaminsky

CC:    AUSAs Ian McGinley and Joshua Naftalis
        USPSO Paige Mathias (by email)