UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
v. : No. 17 Cr. 357 (LAK)
:
DAVID BLASZCZAK, :
THEODORE HUBER, :
ROBERT OLAN, and :
CHRISTOPHER WORRALL, :
:
                     Defendants. :
------------------------------------------------------x

## NOTICE OF UNOPPOSED MOTION FOR BAIL PENDING APPEAL

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declaration of Stephen Fishbein and the exhibits thereto, , Defendant Christopher Worrall, by and through his counsel, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and date to be set by the Court, for bail pending appeal, and for such other relief as this Court may deem just and proper.

Dated: New York, New York
      April 9, 2021

Respectfully submitted,

/s/ Stephen Fishbein
Stephen Fishbein
John Nathanson
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: 212-848-4424/8611
Facsimile: 646-848-4424/8611
Email: sfishbein@shearman.com
       john.nathanson@shearman.com

Daniel M. Sullivan
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017

*Handwritten endorsement:* Motion granted. Defendant released on bail pending appeal on the same conditions that applied when he was on bail prior to his surrender to the Bur. of Prisons. Defendant [is] not a flight risk, his conviction is likely to be reversed. SO ORDERED.

/s/ LEWIS A. KAPLAN, USDJ
4/9/21