**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 10, 2021

**BY ECF AND EMAIL**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. David Blaszczak,**
       **17 Cr. 357 (LAK)**

Dear Judge Kaplan:

I write to request a temporary modification of David Blaszczak's bail conditions to permit him to travel to Ashville, North Carolina, this weekend for a work and social event. If permitted, Mr. Blaszczak will leave his home in South Carolina on Friday, August 13, and return home on Saturday, August 15. Neither the government nor Mr. Blaszczak's supervising Pretrial Services officer in South Carolina, Paige Mathias, objects to this request.

Respectfully Submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender

Cc:   Government Counsel
       USPSO Paige Mathias

Application Granted on consent.
.
.
.
So Ordered: ___/s/___ by AM
Dated: 8/11/2021



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2021

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York  10007

      Re:    United States v. David Blaszczak et al.
               17 Cr. 357 (LAK)

Dear Judge Kaplan:

      The Government writes in response to defendant David Blaszczak's August 10, 2021 request to modify the terms of his bail to permit him to travel to Ashville, North Carolina between August 12 and 15, 2021.  The Government has no objection to the defendant's request.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

      By: /s/
           Joshua A. Naftalis
           Ian McGinley
           Assistant United States Attorneys
           (212) 637-2310/2257

cc:    Clay H. Kaminsky, Esq.
       Paige Mathias, U.S. Probation Officer