# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 13, 2021

**BY ECF AND EMAIL**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-21

Re:   United States v. David Blaszczak,
      17 Cr. 357 (LAK)

Dear Judge Kaplan:

I write to request a temporary modification of David Blaszczak's bail conditions to permit him to travel to Gettysburg, Pennsylvania, next week to attend and speak at a conference organized by his employer. If permitted, Mr. Blaszczak will leave his home in South Carolina on Monday, September 20, and return home on Friday, September 24. Neither the government nor Mr. Blaszczak's supervising Pretrial Services officer in South Carolina, Paige Mathias, objects to this request.

Respectfully Submitted,

/s/
_____
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

CC:   AUSA Joshua Naftalis
      USPSO Paige Mathias

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
9/14/21