**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 10, 2022

**BY ECF AND EMAIL**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re: **United States v. David Blaszczak,**
    **17 Cr. 357 (LAK)**

Dear Judge Kaplan:

I write to request a temporary modification of David Blaszczak's bail conditions to permit him to travel to the Northern District of Georgia next weekend to celebrate a family birthday. If permitted, Mr. Blaszczak will leave his home in South Carolina on Friday, January 21, and return home on Sunday, January 23. Neither the government nor Mr. Blaszczak's supervising Pretrial Services officer in South Carolina, Paige Mathias, objects to this request.

Respectfully Submitted,

_____/s/_____
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

CC: AUSA Joshua Naftalis
    USPSO Paige Mathias

Application granted.
.
So Ordered: _____/s/_____
           Hon. Lewis A. Kaplan,
           United States District Judge
Dated:     1/10/2022