**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2022

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:   **United States v. David Blaszczak,**
         **17 Cr. 357 (LAK)**

Dear Judge Kaplan:

I write, first, to request a temporary modification of David Blaszczak's bail conditions to permit him to make a one-to-two-day work trip to Minneapolis, Minnesota on or about May 26, 2022.

Second, in light of Mr. Blaszczak's long history of compliance with supervision and to avoid repeated requests to the Court, I further request that Mr. Blaszczak's release conditions be modified going forward to permit travel within the continental United States with prior notice to Pretrial Services.

Neither the government nor Mr. Blaszczak's supervising Pretrial Services officer in South Carolina, Paige Mathias, objects to either request.

Respectfully Submitted,

_____/s/_____
Clay H. Kaminsky
Assistant Federal Defender

Cc:   Government Counsel
         USPSO Paige Mathias

Application granted.
.
.                        /s/
So Ordered: _____
         Hon. Lewis A. Kaplan
Dated: 5/20/2022