**Kramer Levin**

**Dani R. James**
Partner
T  212-715-9363
F  212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T  212.715.9100
F  212.715.8000

# MEMO ENDORSED

August 2, 2022

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2022

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

I write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted travel to Maine from August 9 to August 15 for a family vacation, and from August 30 to September 6 to visit a friend. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Scott Hartman, consents to this application, as does Mr. Huber's probation officer.

Sincerely,

/s/ Dani R. James
Dani R. James
Kramer Levin Naftalis & Frankel LLP
*Attorney for Theodore Huber*

Cc (by email): Scott Hartman
   *Assistant United States Attorney*

Lisa van Sambeck
   *U.S. Probation Officer*

**Granted. SO ORDERED.**

**/s/ Lewis A. Kaplan (mab)**
**Lewis A. Kaplan, U.S. District Judge**
**Dated: August 2, 2022**

KRAMER LEVIN NAFTALIS & FRANKEL LLP

KL3 3397071.1