**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

April 10, 2023

USDC SDNY
DOCUMENT
ELECTRON..
DOC #:
DATE FILED: 4-11-2023

BY CM/ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Blaszczak
           S1 17 Cr. 357 (LAK)

Dear Judge Kaplan:

        Pursuant to the Court's March 13, 2023 Order, the Government is scheduled to update the Court about proposed next steps in this case by April 10, 2023. The Government respectfully writes, with the consent of the defendants, to request that this filing date be adjourned until May 10, 2023. The Government also requests, with the consent of the defendants, that time under the Speedy Trial Act be excluded until May 10, 2023.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

        By:   /s/
        Joshua A. Naftalis
        Assistant United States Attorney
        (212) 637-2310

cc:    Counsel of Record

        Granted.

        SO ORDERED.
        /s/ Lewis A. Kaplan
        Lewis A. Kaplan
        United States District Judge

        Dated: April 11, 2023