

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 10, 2023

BY CM/ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Blaszczak
                S1 17 Cr. 357 (LAK)

Dear Judge Kaplan:

Pursuant to the Court's April 11, 2023 Order, the Government is scheduled to update the Court about proposed next steps in this case by May 10, 2023. The Government respectfully writes, with the consent of the defendants, to request that this filing date be adjourned until June 9, 2023. The Government also requests, with the consent of the defendants, that time under the Speedy Trial Act be excluded until June 9, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
     Joshua A. Naftalis
     Assistant United States Attorney
     (212) 637-2310

cc:    Counsel of Record