

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2023

BY CM/ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>United States</u> v. <u>Blaszczak</u>
               S1 17 Cr. 357 (LAK)

Dear Judge Kaplan:

      Pursuant to the Court's July 7, 2023 Order, the Government respectfully writes to update the Court about proposed next steps in this case. The Government, the defendants, and Pretrial Services have agreed to enter into deferred prosecution agreements (the "Agreements"), pursuant to which the remaining charges against the defendants will ultimately be dismissed in light of the defendants' factual admissions as set forth in the Agreements, and provided that the defendants comply with the terms of the Agreements for a period of three months from the signing of the Agreements. The Agreements are attached hereto as Exhibits A through C. The parties are available to address any questions the Court may have with respect to the Agreements.

Page 2

Pursuant to the Agreements, the Government further requests that time under the

Speedy Trial Act be excluded until October 24, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney


By: ___/s/_____
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc:      Counsel of Record